AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
MAY - 3 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Christopher Lee Foster | ) | 2:21-mj-00083 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March-April 2021__ in the county of __Fayette__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Enticement of a Minor to Engage in Illegal Sexual Activity |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Terrance L. Taylor
*Printed name and title*

Signed and sworn to by telephonic means.
~~Sworn to before me and signed in my presence.~~

Date: May 3, 2021

*Judge's signature*

City and state:  Charleston, West Virginia        Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*