# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date: 1/12/2022          Case Number  2:21-cr-00095

| | |
|---|---|
| Case Style | USA vs. Christopher Lee Foster |
| Type of hearing | Sentencing |
| Before the Honorable: | 2512-Faber |
| Court Reporter | Lisa Cook |
| Courtroom Deputy | Cindy Lilly |

Attorney(s) for the Plaintiff or Government

Jennifer Rada Herrald

Attorney(s) for the Defendant(s)

David Bungard

Law Clerk          Stephen Marlowe

Probation Officer    Michele Wentz

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:30 PM | 2:30 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:00

## Courtroom Notes

Scheduled Start:  1:30 p.m.
Actual Start: 1:30 p.m.
Court adopts findings in PSR
Objections addressed
Court accepts plea agreement.
Base Offense Level: 28
Total Offense Level: 34
Criminal History: IV
Custody Range: 210 - 262
Supervised Release Range: 5 years to life
Fine Range: $50,000 - $250,000 plus the costs of incarceration and/or supervision.
Assessment: $100
Counsel for the defendant, the defendant, and the Assistant United States attorney given an opportunity to speak.
Sentence imposed as follows:
Custody: 262 months
Supervised Release Term: 20 years
Special Assessment: $100
Defendant advised of his right to appeal.
Defendant remanded
Court recommends that the defendant be incarcerated at FCI Elkton
Remaining counts in the Indictment are dismissed on motion of the government.
Court adjourned at 2:30 p.m.